IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL NO. 11 - 1024 - M
:
:
v. :
Chelsey Cribb :
:

## ENTRY OF APPEARANCE

To the Clerk:

Please enter my appearance on behalf of the defendant in the above-named case.

_Angela Halim_
Counsel for Defendant

_1 S. Broad St., Suite 1810_
Address

_Philadelphia, PA 19107_

_215-300-3229_
Phone Number

_7/26/11_
Date
Cr. 17 (8/80)