IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

# BAIL STATUS AND ORDER

| | | |
|---|---|---|
| __NO__ INTERPRETER NEEDED | : | IA |
| | | |
| Date of Arrest: July 26, 2011 | : | July 26, 2011<br>ESR OPERATOR: Crystal Wardlaw |
| UNITED STATES OF AMERICA | : | AUSA K.T. Newton |
| v. | : | 21 No: 11-1024-M |
| CHELSEY CRIBB | : | |
| | : | [X] CJA Appointed **Angela Halim**<br>[] Retained<br>[] Defenders' Assn Apptd. |

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

    [] The Government's Motion for Temporary Detention is Granted. A detention hearing and are scheduled for .

    [X] The Defendant stipulated to [X] probable cause.

    [] The Government's Motion for Pretrial Detention is Granted. The Defendant is detained pending further proceedings.

    [] The Government's Motion for Pretrial Detention is Denied. See attached Conditions of Release Order.

    [X] The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order.

    [] Other

*[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.*
*[] PLEA: NOT GUILTY TO ALL COUNT(S). Counsel have 14 days to file pretrial motions.*

                                            BY:

                                            /s/ Timothy R. Rice
                                            *TIMOTHY R. RICE*
                                            *UNITED STATES MAGISTRATE JUDGE*

**TIME IN COURT 5 MINUTES**

*(Form Revised December, 2009)*