# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
v.
Chelsey Cribb

WARRANT FOR ARREST

CASE NUMBER: 11-1024-M

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Chelsey Cribb**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation notice  ☐ Probation violation petition

charging him or her with (brief description of offense)

From on or about October 29, 2010 to on or about November 4, 2010, defendant Chelsey Cribb knowingly executed, and aided and abetted the execution of, a scheme to defraud a federally insured bank, committed, and aided and abetted, aggravated identity theft, and accessed in excess of authorization the records of a financial institution, in violation of Title 18, United States Code, Sections 1344, 1028A, 1030 and 2.

In violation of Title 18 United States Code, Section(s) 1344, 1028A, 1030, 2

Honorable JACOB P. HART
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

7-22-11        Philadelphia,
Date and Location

Bail fixed at $ 10,000 by Timothy Rice
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

600 Arch Street, Philadelphia, PA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7/22/11 | Vincent Clancy | |
| DATE OF ARREST | Special Agent, United States Secret Service | |
| 7/26/11 | | |
| K/Newton Authorizing | | |