IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: October 31, 2011 |
| vs. | : | |
| | : | |
| CHELSEY A. CRIBB | : | Criminal No. 11-641 |
| 15 PRIMROSE DRIVE | | |
| BURLINGTON, NJ 08016-2375 | | |

**TAKE NOTICE** that the above-entitled case has been set for **Arraignment & Plea Hearing** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **November 15, 2011** at **11:00 a.m**. before the Honorable Eduardo C. Robreno in Courtroom 11-A, 11th Floor.

**GOVERNMENT COUNSEL SHALL SUBMIT A PLEA MEMORANDUM TO THE COURT THREE (3) BUSINESS DAYS PRIOR TO THE HEARING.**

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Very truly yours,

 s/ Ronald Vance
Ronald Vance
Deputy Clerk to Judge Robreno


**[] INTERPRETER REQUIRED**
**[] THIS PROCEEDING HAS BEEN RESCHEDULED FROM**


Notice to:
Defendant (mailed)
A. Halim, Defense Counsel
K.T. Newton, A.U.S.A. (via e-mail)
U.S. Marshal (via e-mail)
Probation Office (via e-mail)
Pretrial Services (via e-mail)
Larry Bowman (via e-mail)