# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | NO. 11-641 |
| CHELSEY CRIBB | : | |

## ORDER

**AND NOW**, this 19th day of March, 2012, upon consideration of the unopposed letter request of the government to continue the sentencing hearing scheduled for March 27, 2012, it is **ORDERED** that the request is **GRANTED** and the sentencing hearing will be rescheduled at a later date.

        S/ Timothy J. Savage
        TIMOTHY J. SAVAGE, J.